UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

CHARLES CHIESA,

    Plaintiff,

v.                              Case No: 2:23-cv-752-JES-KCD

WRIGHT NATIONAL FLOOD INSURANCE COMPANY,

    Defendant.
_____

## ORDER

This matter comes before the Court on the parties' Joint Stipulation of Dismissal With Prejudice (Doc. #12) filed on March 27, 2024. The parties have agreed to the dismissal of this case in its entirety, and a case is deemed dismissed upon the filing of such a stipulation. <u>Anago Franchising, Inc. v. Shaz, LLC</u>, 677 F.3d 1272 (11th Cir. 2012).

Accordingly, it is hereby

**ORDERED AND ADJUDGED** that the Clerk is directed to terminate all previously scheduled deadlines and pending motions and close the case pursuant to the parties' stipulation.

**DONE and ORDERED** at Fort Myers, Florida, this __27th__ day of March 2024.

_____
JOHN E. STEELE
SENIOR UNITED STATES DISTRICT JUDGE

Copies: Counsel of Record